Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SCOTT JAMES BRUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES BRUCE ) | Case No.: 1:15-cv-00229-SMS |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | TO EXTEND TIME TO FILE |
| ) | Opening Brief |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| Defendant. ) | |

Plaintiff Scott James Bruce and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 11, 2015 to October 12, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

//

//

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 11, 2015                Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Scott James Bruce


DATE:  September 11, 2015

Benjamin Wagner
United States Attorney

/s/ *Scott J. Borrowman*

BY: _____
Scott J. Borrowman
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

ORDER

Approved.

IT IS SO ORDERED.

Dated:  **September 14, 2015**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE